

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Timothy Garrett Lane and                    * From the 70th District Court
Choat Enterprises, Inc.,                         of Ector County,
                                                Trial Court No. A-133,142.

Vs. No. 11-13-00247-CV                      * August 31, 2015

Silverio Martinez, II and Diana             * Opinion by Bailey, J.
Martinez, individually and as                  (Panel consists of: Wright, C.J.,
representative of the Estate of                Willson, J., and Bailey, J.)
Silverio Martinez, III, deceased,

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we affirm the judgment of the trial court in part, reverse the judgment of the trial court in part, and remand the cause for further proceedings. The costs incurred by reason of this appeal are taxed against Silverio Martinez, II and Diana Martinez, individually and as representative of the Estate of Silverio Martinez, III, deceased.